UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| BELDEN TECHNOLOGIES, INC. and<br>BELDEN CDT (CANADA) INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SUPERIOR ESSEX INC. and<br> SUPERIOR ESSEX COMMUNICATIONS LP,<br><br>    Defendants. | Civil Action No. _____<br><br>JURY TRIAL DEMANDED |

### PLAINTIFFS' RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs in the above-captioned action certifies that Belden Inc., a publicly held corporation, is the ultimate parent corporation of both Plaintiffs.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

DATED: January 29, 2008

/s/ Karen E. Keller
John W. Shaw (#3362)
Karen E. Keller (#4489)
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
302-571-6600
kkeller@ycst.com