AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF DELAWARE

BELDEN TECHNOLOGIES, INC. AND
BELDEN CDT (CANADA) INC.,

        Plaintiff(s),

V.

SUPERIOR ESSEX INC. AND SUPERIOR
ESSEX COMMUNICATIONS LP,
        Defendant(s).

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-63

TO: (Name and address of defendant)

    SUPERIOR ESSEX COMMUNICATIONS LP
    c/o Corporation Service Company
    2711 Centerville Road, Suite 400
    Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    John W. Shaw, Esquire (#3362)
    Karen E. Keller, Esquire (#4489)
    Young Conaway Stargatt & Taylor, LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    P. O. Box 391
    Wilmington, DE 19899-0391

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

JAN 29 2008

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 4/10/08 |
| NAME OF SERVER (PRINT) MARSHAL MANLOVE | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PERSONALLY SERVED Superior Essex Communications LP by SERVING THE REGISTERED AGENT, CORPORATION SERVICE CO AT 2711 CENTERVILLE RD, WILM DE 19808 AT 1:25 PM PERSON ACCEPTING: MARY DRUMMOND

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/10/08
           Date                  Signature of Server

230 N MARKET ST, WILM DE 19801
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.