UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| BELDEN TECHNOLOGIES, INC. and<br>BELDEN CDT (CANADA) INC.,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>SUPERIOR ESSEX INC. and<br>SUPERIOR ESSEX COMMUNICATIONS LP,<br><br>　　　　　Defendants. | Civil Action No. 08-63-SLR |

## MOTION TO EXTEND

Plaintiffs Belden Technologies, Inc. and Belden CDT (Canada) Inc. ("Belden") respectfully request that the Court grant this motion to extend the time by which defendants Superior Essex Inc. and Superior Essex Communication LP ("Superior Essex") shall respond to plaintiffs' complaint to and including May 30, 2008. Belden Technologies is bringing this motion in order allow time for Superior Essex to obtain Delaware counsel in connection with this matter and for the parties to engage in continuing discussions concerning the allegations in the complaint.

|  |  |
|---|---|
|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|  | */s/ Karen E. Keller* |
|  | John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19801<br>kkeller@ycst.com<br>(302) 571-6600 |
| **Of Counsel:**<br><br>Matthew B. Lowrie<br>Robert J. Silverman<br>LOWRIE, LANDO & ANASTASI, LLP<br>Riverfront Office Park<br>One Main Street - 11th Floor<br>Cambridge, MA 02142<br>(617) 395-7000 |  |
| DATED: April 28, 2008 | *Attorneys for Plaintiffs*<br>*Belden Technologies, Inc. and*<br>*Belden CDT (Canada) Inc.* |

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on April 28, 2008, I caused a true and correct copy of the foregoing document to be served on the following in the manner indicated:

### BY E-MAIL

W. Scott Petty, Esquire
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
*spetty@kslaw.com*

        YOUNG CONAWAY STARGATT
        & TAYLOR, LLP

        /s/ Karen E. Keller
        John W. Shaw (No. 3362)
        jshaw@ycst.com
        Karen E. Keller (No. 4489)
        kkeller@ycst.com
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19899
        (302) 571-6600