UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| BELDEN TECHNOLOGIES, INC. and<br>BELDEN CDT (CANADA) INC.,<br><br>   Plaintiffs,<br><br>   v.<br><br>SUPERIOR ESSEX INC. and<br>SUPERIOR ESSEX COMMUNICATIONS LP,<br><br>   Defendants. | Civil Action No.  08-63-SLR |

## [PROPOSED] ORDER

It is hereby ORDERED this _____ day of _____, 2008, that the Motion to Extend (D.I. 7) filed herein by plaintiffs is granted.

                                                                           _____
                                                                           United States District Judge