IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELDEN TECHNOLOGIES, INC. and BELDEN CDT (CANADA) INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUPERIOR ESSEX INC. and SUPERIOR ESSEX COMMUNICATIONS LP, <br><br> Defendants. | C.A. No. 08-063 (SLR) <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time by which Defendants shall move, answer or otherwise respond to the Complaint is hereby extended through and including June 6, 2008.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller
John W. Shaw (#3362)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
jshaw@ycst.com
kkeller@ycst.com

RICHARDS, LAYTON & FINGER, P.A.

*[signature: Anne Shea Gaza]*
Jeffrey L. Moyer (#3309)
Anne Shea Gaza (#4093)
One Rodney Square
920 North King Street
Wilmington, DE 19081
(302) 651-7700
moyer@rlf.com
gaza@rlf.com

RLF1-3287574-1

| OF COUNSEL: | OF COUNSEL: |
|---|---|
| Matthew B. Lowrie<br>Robert J. Silverman<br>Lowrie, Lando & Anastasi, LLP<br>Riverfront Office Park<br>One Main Street - 11th Floor<br>Cambridge, MA 02142<br>(617) 395-7000<br><br>Attorneys for Plaintiffs | Holmes J. Hawkins, III<br>Jim J. Mayberry<br>King & Spalding<br>1180 Peachtree Street, NE<br>Atlanta, GA  30309-3521<br>(404) 572-4600<br><br>Attorneys for Defendants |

SO ORDERED this _____ day of May, 2008.


_____
Judge Sue L. Robinson., U.S.D.C.