IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELDEN TECHNOLOGIES, INC. and, <br> BELDEN CDT (CANADA) INC., <br><br> Plaintiff, <br><br> v. <br><br> SUPERIOR ESSEX INC. and <br> SUPERIOR ESSEX <br> COMMUNICATIONS LP, <br><br> Defendants. | C. A. No. 08-063-SLR <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANTS SUPERIOR ESSEX INC. AND SUPERIOR ESSEX COMMUNICATIONS LP'S RULE 7.1 DISCLOSURE STATEMENT

NOW COMES Defendants Superior Essex Inc. and Superior Essex Communications LP and, by and through their counsel, hereby make and file this Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. Superior Essex Inc., a nongovernmental corporate party organized and existing under the laws of the State of Delaware, states that it is a publicly held corporation.

Superior Essex Communications LP, a nongovernmental limited partnership organized and existing under the laws of the State of Delaware, states that it is ninety-nine percent (99%) owned by Superior Essex Holding Corp., a corporate entity organized and existing under the laws of the State of Delaware, and one percent (1%) owned by SE Communications GP Inc., corporate entity organized and existing under the laws of the State of Delaware. SE Communications GP Inc. is one hundred percent (100%) owned by Superior Essex Holding

Corp. Superior Essex Holding Corp. is one hundred percent (100%) owned by Superior Essex Inc.

Of Counsel:
Holmes J. Hawkins III
James J. Mayberry
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5134

Dated: June 6, 2008

/s/ Anne Shea Gaza
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7700

*Attorneys for Defendants*
*SUPERIOR ESSEX INC. and SUPERIOR ESSEX*
*COMMUNICATIONS LP*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 6, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on the plaintiff at the addresses and in the manner indicated below:

### VIA HAND DELIVERY

John W. Shaw
Karen E. Keller
Young Conaway Stargatt & Taylor
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE   19801

I further certify that on June 6, 2008, the foregoing document was sent to the following non-registered participants in the manner indicated:

### VIA FEDERAL EXPRESS

Matthew B. Lowrie
Robert J. Silverman
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA   02142

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
gaza@rlf.com