IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELDEN TECHNOLOGIES, INC. and BELDEN CDT (CANADA) INC., <br><br>   Plaintiffs <br><br>   v. <br><br> SUPERIOR ESSEX INC. and SUPERIOR ESSEX COMMUNICATIONS LP, <br><br>   Defendants. | Civil Action No.: 08-063-SLR <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFFS' ANSWER TO COUNTERCLAIMS

Plaintiffs Belden Technologies, Inc. and Belden CDT (Canada) Inc. (collectively and/or individually, "Belden") hereby answer the numbered paragraphs of the "Counterclaims" filed by Defendants (collectively, "Superior Essex") as follows.

### JURISDICTION AND VENUE

1. Paragraph 1 does not state a factual allegation that Belden could either admit or deny.

2. Belden admits that it filed the Complaint in this case, in this Court. Belden does not contest venue in this Court. Paragraph 2 does not otherwise state a factual allegation that Belden could either admit or deny.

### THE PARTIES

3. Admitted.

4. Admitted.

5. Admitted.

6.  Admitted.

## PLAINTIFFS' ANSWER TO FIRST COUNTERCLAIM
### (For "Declaration Of Patent Non-Infringement")

7.  Belden restates its responses to Paragraphs 1 through 6, above.

8.  Admitted.

9.  Denied.

10. Belden admits that it filed a Complaint against Superior Essex for infringement of the identified patents. Otherwise, Paragraph 10 recites legal conclusions that Belden could neither admit nor deny.

11. Denied.

## PLAINTIFFS' ANSWER TO SECOND COUNTERCLAIM
### (For "Declaration of Patent Invalidity")

12. Belden restates its responses to Paragraphs 1 through 11, above.

13. Belden is not in a position to admit or deny precisely what it is that Superior Essex alleges. To the extent this paragraph alleges that any of the identified patents are invalid, it is denied.

14. Belden admits that it filed a Complaint against Superior Essex for infringement of the identified patents. Otherwise, Paragraph 14 recites legal conclusions that Belden could neither admit nor deny.

15. Denied.

## PLAINTIFFS' ANSWER TO THE COUNTERCLAIM'S "PRAYER FOR RELIEF"

Belden denies that Superior Essex is entitled to dismissal, judgment, fees, expenses, costs or any other form of relief requested in its "Prayer for Relief."

...

## JURY DEMAND

Belden demands a trial by jury on all issues so triable.

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ John W. Shaw*

John W. Shaw (#3362)
Karen E. Keller (#4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
jshaw@ycst.com
(302) 571-6500

*Attorneys for Plaintiffs Belden Technologies, Inc.
and Belden CDT (Canada) Inc.*

Of Counsel:

Matthew B. Lowrie
Robert J. Silverman
LOWRIE, LANDO & ANASTASI, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
(617) 395-7000

Dated: June 12, 2008

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on June 12, 2008, I caused a copy of the foregoing document to be served on the following in the manner indicated:

### BY E-MAIL

W. Scott Petty, Esquire
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
*spetty@kslaw.com*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_____
John W. Shaw (No. 3362)
jshaw@ycst.com
Karen E. Keller (No. 4489)
kkeller@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600
