IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BELDEN TECHNOLOGIES, INC. and, <br> BELDEN CDT (CANADA) INC., <br> <br> Plaintiff, <br> <br> v. <br> <br> SUPERIOR ESSEX INC. and <br> SUPERIOR ESSEX <br> COMMUNICATIONS LP, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C. A. No. 08-063-SLR <br> <br> <br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey L. Moyer of Richards, Layton & Finger, P.A. hereby enters his appearance on behalf of Defendants Superior Essex Inc. and Superior Essex Communications LP.

|  |  |
|---|---|
| | /s/Jeffrey L. Moyer |
| | Jeffrey L. Moyer (#3309) |
| | moyer@rlf.com |
| OF COUNSEL: | Anne Shea Gaza (#4093) |
| | gaza@rlf.com |
| Holmes J. Hawkins III | Richards, Layton & Finger |
| James J. Mayberry | One Rodney Square |
| King & Spalding LLP | 920 North King Street |
| 1180 Peachtree Street, N.E. | Wilmington, DE  19801 |
| Atlanta, GA  30309 | (302) 651-7700 |
| (404) 572-4600 | *Attorneys For Defendants Superior Essex Inc.* |
| | *and Superior Essex Communications LP* |

Dated:  June 26, 2008

RLF1-3296515-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 26, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on the plaintiff at the address and in the manner indicated below:

## HAND DELIVERY

John W. Shaw
Karen E. Keller
Young Conaway Stargatt & Taylor
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

I further certify that on June 26, 2008, the foregoing document was sent to the following non-registered participants in the manner indicated:

## FEDERAL EXPRESS

Matthew B. Lowrie
Robert J. Silverman
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142

_/s/ Anne Shea Gaza_
Anne Shea Gaza (#4093)

RLF1-3296545-1