IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELDEN TECHNOLOGIES, INC. and, BELDEN CDT (CANADA) INC., <br><br> Plaintiff, <br><br> v. <br><br> SUPERIOR ESSEX INC. and SUPERIOR ESSEX COMMUNICATIONS LP, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 08-063-SLR <br><br> **JURY TRIAL DEMANDED** |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5, and the attached certification, undersigned counsel hereby moves the admission *pro hac vice* of Holmes J. Hawkins III and James J. Mayberry of King & Spalding LLP to represent Superior Essex Inc. and Superior Essex Communications LP in the above-captioned action.

Of Counsel:
Holmes J. Hawkins III
James J. Mayberry
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5134

Dated: July 10, 2008

/s/ Anne Shea Gaza
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7700

*Attorneys for Defendants*
*SUPERIOR ESSEX INC. and SUPERIOR ESSEX*
*COMMUNICATIONS LP*

- 2 -

IT IS HEREBY ORDERED this _____ day of _____, 2008 that counsel's motion for admission *pro hac vice* is GRANTED.

_____
Judge, U.S.D.C.

- 3 -

## CERTIFICATION

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

_____
Holmes J. Hawkins III
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309

Dated: July 7, 2008

## CERTIFICATION

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

_____
James J. Mayberry
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309

Dated: July 7, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arhst & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899

I hereby certify that on July 10, 2008, the foregoing document was sent via Federal Express to the following non-registered participants:

Peter J. Ayers, Esquire
James N. Willi, Esquire
John B. Campbell, Esquire
McKool Smith
300 W. 6th Street, Suite 1700
Austin, TX 78701

Anne Shea Gaza (#4093)
gaza@rlf.com