IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BELDEN TECHNOLOGIES, INC. and, BELDEN CDT (CANADA) INC. | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C. A. No. 08-63-SLR |
| SUPERIOR ESSEX INC. and SUPERIOR ESSEX COMMUNICATIONS LP | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

**DEFENDANTS SUPERIOR ESSEX INC.'S AND
SUPERIOR ESSEX COMMUNICATIONS LP'S
SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT**

NOW COMES Defendants Superior Essex Inc. and Superior Essex Communications LP and, by and through their counsel, hereby make and file this Supplemental Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. Superior Essex Inc., a nongovernmental corporate party organized and existing under the laws of the State of Delaware, states that it is nineteen percent (19%) owned by KB Investment Co., Ltd., an entity organized and existing under the laws of the Republic of Korea, and eighty-one percent (81%) owned by Cyprus Investments, Inc., a nongovernmental corporation organized and existing under the laws of the State of Delaware. Cyprus Investments, Inc. is one hundred percent (100%) owned by LS Cable Ltd., a corporation organized and existing under the laws of the Republic of Korea, which is one hundred percent (100%) owned by LS Corp., a corporation organized and existing under the laws of the Republic of Korea and traded on the Stock Market Division of the Korea Exchange.

RLF1-3314766-1

Superior Essex Communications LP, a nongovernmental limited partnership organized and existing under the laws of the State of Delaware, states that it is ninety-nine percent (99%) owned by Superior Essex Holding Corp., a corporate entity organized and existing under the laws of the State of Delaware, and one percent (1%) owned by SE Communications GP Inc., corporate entity organized and existing under the laws of the State of Delaware. SE Communications GP Inc. is one hundred percent (100%) owned by Superior Essex Holding Corp. Superior Essex Holding Corp. is one hundred percent (100%) owned by Superior Essex Inc.

Of Counsel:
Holmes J. Hawkins III
James J. Mayberry
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 572-4600

/s/ Anne Shea Gaza
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Defendants*
*SUPERIOR ESSEX INC. and SUPERIOR ESSEX*
*COMMUNICATIONS LP*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

John W. Shaw
Karen E. Keller
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE   19899


I hereby certify that on August 22, 2008, the foregoing document was sent via Federal Express to the following non-registered participants:

Matthew B. Lowrie
Robert J. Silverman
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA   02142

Anne Shea Gaza (#4093)
gaza@rlf.com