IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELDEN TECHNOLOGIES, INC. and<br>BELDEN CDT (CANADA) INC.,<br><br>　　　　　Plaintiffs<br>v.<br>SUPERIOR ESSEX INC. and<br>SUPERIOR ESSEX COMMUNICATIONS LP,<br><br>　　　　　Defendants. | Civil Action No. 08-63-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 22, 2008, copies of the following documents: (1) Plaintiffs' First Set of Interrogatories; and (2) Plaintiffs' First Set of Requests for Production of Documents and Things; together with this Notice of Service, were served upon the below-listed counsel in the manner indicated:

**By E-mail and Hand Delivery**

Jeffrey L. Moyer, Esquire
moyer@rlf.com
Anne Shea Gaza, Esquire
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

**By E-mail**

Holmes J. Hawkins III, Esquire
hhawkins@kslaw.com

James J. Mayberry, Esquire
jmayberry@kslaw.com

KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309

                                                  YOUNG CONAWAY STARGATT &
                                                  TAYLOR, LLP

OF COUNSEL:                                 */s/ Karen E. Keller*
                                              John W. Shaw (#3362)
Matthew B. Lowrie                 Karen E. Keller (#4489)
Robert J. Silverman                The Brandywine Building, 17th Floor
Lowrie, Lando & Anastasi, LLP    1000 West Street
One Main Street, Eleventh Floor    Wilmington, DE  19801
Cambridge, MA  02142          kkeller@ycst.com
Telephone: (617) 395-7000      (302) 571-6554
mlowrie@LL-A.com
rsilverman@LL-A.com

                                                *Attorneys for Plaintiffs*
                                                *Belden Technologies, Inc. and*
Dated: August 22, 2008             *Belden CDT (Canada) Inc.*