IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BELDEN TECHNOLOGIES, INC. and, BELDEN CDT (CANADA) INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C. A. No. 08-063-SLR |
| SUPERIOR ESSEX INC. and SUPERIOR ESSEX COMMUNICATIONS LP, | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

### NOTICE OF SERVICE

I HEREBY CERTIFY that on August 29, 2008, copies of (i) Defendant Superior Essex Inc.'s First Set of Interrogatories, (ii) Defendant Superior Essex Communications LP's First Set of Interrogatories, and (iii) Defendants Superior Essex Inc. and Superior Essex Communications LP's First Requests for the Production of Documents were served upon the following counsel of record at the addresses and in the manner indicated:

**BY HAND DELIVERY:**

John W. Shaw
Karen E. Keller
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

**VIA FEDERAL EXPRESS**

Matthew B. Lowrie
Robert J. Silverman
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street, 11th Floor
Cambridge, MA  02142

- 2 -

OF COUNSEL:

Holmes J. Hawkins III
James J. Mayberry
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
(404) 572-4600

/s/ Jeffrey L. Moyer
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
*Attorneys For Defendants Superior Essex Inc. and Superior Essex Communications LP*

Dated: August 29, 2008

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2008, I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

John W. Shaw
Karen E. Keller
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899


I hereby certify that on August 29, 2008, the foregoing document was sent via Federal Express to the following non-registered participants:

Matthew B. Lowrie
Robert J. Silverman
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA  02142

_____
Jeffrey L. Moyer (#3309)
moyer@rlf.com