IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELDEN TECHNOLOGIES INC. and BELDEN CDT (CANADA) INC., <br><br> Plaintiff, <br><br> v. <br><br> SUPERIOR ESSEX COMMUNICATIONS LP and SUPERIOR ESSEX INC., <br><br> Defendant. | ) ) ) ) ) ) ) Civ. No. 08-63-SLR ) ) ) ) ) ) ) |

**MEMORANDUM ORDER**

At Wilmington this 3rd day of April 2009,

IT IS ORDERED that:

1. Plaintiffs' motion for leave to file a second amended complaint (D.I. 45) is granted.

2. Pursuant to the parties' stipulation (D.I. 39), rebuttal responses to contention interrogatories for issues which the party bears the burden of proof relating to the originally-asserted patents shall be served by April 3, 2009.

3. Responses to contention interrogatories for issues which the party bears the burden of proof **relating to the '641 patent** shall be served by **April 13, 2009**.

4. Rebuttal responses to contention interrogatories for issues which the party bears the burden of proof **relating to the '641 patent** shall be served by **April 27, 2009**.

5. The remaining discovery deadlines (D.I. 27, 39) remain in effect.

_____
United States District Judge