IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELDEN TECHNOLOGIES, INC. and BELDEN CDT (CANADA) INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUPERIOR ESSEX INC. and SUPERIOR ESSEX COMMUNICATIONS LP, <br><br> Defendants. | Civil Action No. 08-063-SLR |

## JOINT PROPOSED VOIR DIRE

**YOUNG CONAWAY STARGATT & TAYLOR LLP**
John W. Shaw (#3362)
Karen E. Keller (#4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6554

*Of Counsel*:
Matthew B. Lowrie
Marc N. Henschke
Michelle A. Flores
**FOLEY & LARDNER LLP**
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000

Attorneys for *Belden Technologies, Inc.* and *Belden CDT (Canada) Inc.*

**RICHARDS, LAYTON & FINGER, P.A.**
Jeffrey L. Moyer (#3309)
Anne Shea Gaza (#4093)
Lori A. Brewington (#4522)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

*Of Counsel*:
Holmes J. Hawkins III
James J. Mayberry
Russell E. Blythe
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 572-4600

Attorneys for *Superior Essex Inc.* and *Superior Essex Communications LP*

Dated: August 20, 2010

Belden Technologies, Inc. and Belden CDT (Canada) Inc. (collectively, "Belden") and Superior Essex Inc. and Superior Essex Communications LP (collectively, "Superior Essex") believe use of the questionnaire (attached hereto as Exhibit A) will significantly streamline the voir dire process and, therefore, respectfully request that the Court approve use of this questionnaire.  The questionnaire largely will constitute voir dire, with the exception that each party may select three members of the panel to whom follow-up questions may be addressed in court. Excuses for cause will be based on this questionnaire and review of the limited follow-up voir dire.

## Joint Proposed Voir Dire To Jury Panel

Good morning, ladies and gentlemen. I am Judge Robinson and I will be presiding over the trial for which a jury is about to be drawn in the case where Belden Technologies, Inc. and Belden CDT (Canada) Inc. are the plaintiffs, and Superior Essex, Inc. and Superior Essex Communications LP are the defendants.  Briefly stated, this is a patent action arising under the patent laws of the United States.

The trial may last through September 15, 2010.  I time my civil trials, so the attorneys have to complete their trial presentations within the schedule I've given them. However, jury deliberations may require you to be present longer than the scheduled September 15th end date.  Most trial days will run approximately from 9:30 a.m. to 4:30 p.m.

You all have completed questionnaires which the attorneys and I have reviewed. Based on your responses, we will be calling some of you, by juror number, to come forward to talk to you about your responses.  If any of you have anything of import to add to your questionnaire responses, please get the attention of my staff so we can decide

whether we want to talk to you as well.  When we have finished talking to you, the lawyers and I will decide who among you should be excused for cause.  After that, 19 juror numbers will be randomly drawn and those jurors will be asked to sit in the front two rows of the opposite side of the courtroom, so that the lawyers can exercise their peremptory challenges, that is, challenges for which no reason need be given by counsel.  It may take us some time to accomplish jury selection, so please bear with us.