# Exhibit A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELDEN TECHNOLOGIES, INC. and<br>BELDEN CDT (CANADA) INC.,<br><br>　　　　　Plaintiffs<br><br>　　v.<br><br>SUPERIOR ESSEX INC. and<br>SUPERIOR ESSEX COMMUNICATIONS LP,<br><br>　　　　　Defendants. | Civil Action No. 08-063-SLR<br><br>Jury Trial Demanded |

## JURY QUESTIONNAIRE

　　This questionnaire relates to a civil case that involves patents relating to telecommunications cables and methods of manufacturing them.

　　You have been selected to be part of the pool of people from which the jury in this case will be selected.  The purpose of this questionnaire is to help the parties and the Court to select a fair and impartial jury.  Please answer the following questions honestly and to the best of your ability.  All of the answers that you give will be kept confidential by the Court and by the parties.

Your name: _____

1. Your age: _____

2. Your marital status:

   | | | | |
   |---|---|---|---|
   | Single (never married) | _____ | Separated/Divorced | _____ |
   | Currently married | _____ | Widowed | _____ |

3. What is your last or highest level of school completed?

   | | | | |
   |---|---|---|---|
   | High School | _____ | HS Diploma? | _____ |
   | Tech/Trade School | _____ | Area of Study? | _____ |
   | College/University | _____ | Degree & Field? | _____ |
   | Graduate School | _____ | Degree & Field? | _____ |
   | Other (specify) | | _____ | |

4. What was your favorite subject in school?

   | | | | |
   |---|---|---|---|
   | English/Language | _____ | Social Studies | _____ |
   | Science/Engineering | _____ | Physical Education | _____ |
   | Mathematics | _____ | Art/Music | _____ |
   | Other (specify) | | _____ | |

5. Which best describes your current employment status?

   | | | | |
   |---|---|---|---|
   | Employee, full-time | _____ | Retired | _____ |
   | Employee, part-time | _____ | Disabled/Unemployed | _____ |
   | Homemaker | _____ | Unemployed/Looking | _____ |
   | Self-employed | _____ | Full time Student | _____ |

6. Who employed you during the last 10 years?

| Employer | Number of Years | Is that a small company, large company government agency or self employment? |
|---|---|---|
| | | |
| | | |
| | | |

7. What is (was) your title and are (were) your main responsibilities at your current or most recent job?

_____

_____

_____

8. Does (did) that job involve design, selection, purchase, installation or maintenance of cables, wiring, or local area networks?

   Yes _____    No _____

   If yes, please explain: _____

   _____

   _____

9. Have you or any close relative ever served in the military?

   Yes _____    No _____

   If yes, who specifically (you/relative)? _____

   If yes, what branch? _____

   When? _____

10. Have you or any close relative ever worked for an agency of the federal government?

    Yes _____ No _____

    If yes, who specifically (you/relative)? _____

    If yes, what agency or agencies? _____

    What work was performed? _____

11. Do you have any special training, education, or experience in the following areas? (Check all that apply)

| | | | |
|---|---|---|---|
| Electronics | _____ | Telecommunications | _____ |
| Physics | _____ | Mathematics | _____ |
| Engineering | _____ | Data Transmission Cables | _____ |
| Marketing | _____ | Networking | _____ |
| Patents | _____ | Research/Development | _____ |
| Law | _____ | Telecommunication Cable Standards | _____ |
| Contracts | _____ | Computer Network Architecture | _____ |

12a. For each area checked above, please describe what training, education or experience you have had.

_____

_____

_____

12. Please identify any other areas of special training, education, or experience here:

_____

_____

_____

13. If you are married, what is (was) your spouse's occupation and who is (was) your spouse's employer?

_____

_____

14. Have you ever invented anything?

   Yes _____   No _____

   If yes, please explain: _____

   _____

15. Has a relative or close personal friend of yours ever invented anything?

   Yes _____   No _____

   If yes, please explain: _____

   _____

16. Are you listed as an inventor on any U.S. Patents?

   Yes _____   No _____

17. Have you ever attempted to obtain a U.S. Patent?

   Yes _____   No _____

18. Do you know anyone who has obtained, or attempted to obtain, a U.S. Patent?

   Yes _____   No _____

19. Does your current employer (or most recent employer) own any U.S. Patents?

    Yes _____    No _____    Don't know _____

20. How closely do you follow the news?

    \_\_\_\_\_ Very closely
    \_\_\_\_\_ Somewhat closely
    \_\_\_\_\_ Not too closely
    \_\_\_\_\_ Not closely at all

21. How knowledgeable do you consider yourself to be about patents and obtaining a patent?

    \_\_\_\_\_ Very knowledgeable
    \_\_\_\_\_ Somewhat knowledgeable
    \_\_\_\_\_ Not too knowledgeable
    \_\_\_\_\_ Not at all knowledgeable

22. What knowledge or opinions do you have about patents or the process by which patents are obtained?

    _____

    _____

    _____

23. How do you feel about the fact that a patent may allow an inventor or patent owner to profit from his or her invention?

    _____

    _____

24. How do you feel about the fact that a patent grants exclusive rights to an invention to the inventor or to someone to whom the rights are assigned?

    _____

    _____

25. Has any government entity (federal, state, or local) ever made a mistake that directly affected you?  If yes, please explain.

_____

_____

26. Have you ever served on a jury before?

    Yes  _____    No  _____

    If yes, please state the year and whether the trial involved a civil or criminal matter:

_____

27. Have you or a family member ever filed a lawsuit or claim against someone?

    Yes  _____    No  _____

28. Have you or a family member ever been sued or had a claim filed against you?

    Yes  _____    No  _____

29. Have you ever had your deposition taken or been a witness in court?

    Yes  _____    No  _____

30. Do you have any personal knowledge of this case, or have you read about or heard it discussed, or have an opinion regarding it?

    Yes  _____    No  _____

    If yes, please elaborate: _____

_____

_____

31. Do you have any relationship or affiliation with any of the following law firms or their employees, including any of the following attorneys (check if yes):

_____ Foley & Lardner LLP

 _____ Matthew B. Lowrie

 _____ Robert J. Silverman

 _____ Michelle A. Flores

 _____ Mark N. Henschke

 _____ Matthew A. Ambros

 _____ Ary Chang

_____ Lowrie, Lando, & Anastasi LLP

 _____ Thomas P. McNulty

_____ Young Conaway Stargatt & Taylor, LLP

 _____ John W. Shaw

 _____ Karen E. Keller

 _____ Pilar W. Kraman

 _____ Adam Poff

_____ King & Spalding LLP

 _____ Holmes J. Hawkins

 _____ Natasha H. Moffitt

 _____ James J. Mayberry

 _____ Russell E. Blythe

 _____ Laura Huffman

_____ Richards, Layton, & Finger

 _____ Anne Shea Gaza

 _____ Jeffrey L. Moyer

 _____ Lori A. Brewington

32. Are you related to, or personally acquainted with, any of the following individuals?

_____ Kristina Anderson

_____ Jean Baer

_____ Les Baxter

_____ Thomas Blackburn

_____ Martin L. Belanger

_____ Douglas Brenneke

_____ Sharon Cardinal

_____ William T. Clark

_____ Kenneth Consalvo

_____ Joseph Dellagala

_____ Clement Gagon

_____ Galen M. Gareis

_____ Mark Horenstein

_____ Paul P. Kish

_____ Michael Klepper

_____ Peter D. MacDonald

_____ Christopher McNutt

_____ Paul Neveux

_____ Gregory Niemiera

_____ Gerald Pavlicek

_____ James Tyler

_____ Paul Z. Vanderlaan

_____ Timothy Waldner

_____ Jorg-Hein Walling

33. Have you or any of your family or close personal friends ever owned stock in, been employed by, or had any other connection to any of the following companies or institutions:

_____ Belden CDT (Canada) Inc.

_____ Belden Inc.

_____ Belden Technologies, Inc.

_____ Cable Design Technologies, Inc.

_____ Essex International Inc.

_____ LS Cable Ltd.

_____ LS Cable America, Inc.

_____ LS Corporation

_____ Mohawk Wire & Cable Corporation

_____ Superior Essex Inc.

_____ Superior Essex Communications LP

_____ Superior TeleCom Inc.

If yes, please explain:_____

34. Do you have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?

Yes _____   No _____

If yes, please elaborate:

_____

_____

35. Do you know of any other matter which you believe should be called to the Court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?

Yes _____   No _____

If yes, please elaborate:

_____

_____

Your signature: _____

Date signed: _____