IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELDEN TECHNOLOGIES, INC.<br>and BELDEN CDT (CANADA) INC.<br><br>      Plaintiff,<br><br>    v.<br><br>SUPERIOR ESSEX INC. and<br>SUPERIOR ESSEX COMMUNICATIONS LP<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 08-063-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**VERDICT SHEET**

Dated: September 15, 2010

We, the jury, unanimously find as follows:

# I. ANTICIPATION

### U.S. Patent No. 6,998,537 (the '537 patent)

1. Do you find that Superior Essex has proven, by clear and convincing evidence, that claim 19 of the '537 patent is invalid as being anticipated by U.S. Patent No. 4,755,629 [JTX-287]?

> *Checking "no" below indicates a finding for Belden.*
>
> *Checking "yes" below indicates a finding for Superior Essex.*

**Claim 19**: No __✓__  Yes _____

### U.S. Patent No. 6,570,095 (the '095 patent)

2. Do you find that Superior Essex has proven, by clear and convincing evidence, that claim 27 of the '095 patent is invalid as being anticipated by German Patent No. DE 297 19 866 A1 [JTX-301]?

> *Checking "no" below indicates a finding for Belden.*
>
> *Checking "yes" below indicates a finding for Superior Essex.*

**Claim 27**: No __✓__  Yes _____

3. Do you find that Superior Essex has proven, by clear and convincing evidence, that claim 27 of the '095 patent is invalid as being anticipated by Japanese Patent No. Hei5(1993)-290645 [JTX-304]?

> *Checking "no" below indicates a finding for Belden.*
>
> *Checking "yes" below indicates a finding for Superior Essex.*

**Claim 27**: No __✓__  Yes _____

**U.S. Patent No. 6,074,503 (the '503 patent)**

4. Do you find that Superior Essex has proven, by clear and convincing evidence, that claim 1 of the '503 patent is invalid as being anticipated by U.S. Patent No. 4,385,485 [JTX-275]?

*Checking "no" below indicates a finding for Belden.*

*Checking "yes" below indicates a finding for Superior Essex.*

**Claim 1:**     No _____     Yes __✓__

## II. OBVIOUSNESS

**U.S. Patent No. 7,179,999 (the '999 patent)**

5. Do you find that Superior Essex has proven, by clear and convincing evidence, that claim 2 of the '999 patent is invalid as being obvious in view of German Patent No. DE 297 19 866 A1 [JTX-301] in combination with U.S. Patent No 3,622,683 [JTX-302]?

*Checking "no" below indicates a finding for Belden.*

*Checking "yes" below indicates a finding for Superior Essex.*

**Claim 2:**     No __✓__     Yes _____

*Sec. II cont. on p. 4*

**The '537 Patent**

6. Do you find that Superior Essex has proven, by clear and convincing evidence, that claim 19 of the '537 patent is invalid as being obvious in view of German Patent No. DE 297 19 866 A1 [JTX-301] in combination with U.S. Patent No. 5,670,748 [JTX-303]?

*Checking "no" below indicates a finding for Belden.*

*Checking "yes" below indicates a finding for Superior Essex.*

**Claim 19:** No ✓   Yes _____

**The '095 Patent**

7. Do you find that Superior Essex has proven, by clear and convincing evidence, that claim 31 of the '095 patent is invalid as being obvious in view of German Patent No. DE 297 19 866 A1 [JTX-301] in combination with U.S. Patent No. 5,670,748 [JTX-303]?

*Checking "no" below indicates a finding for Belden.*

*Checking "yes" below indicates a finding for Superior Essex.*

**Claim 31:** No _____   Yes ✓

**U.S. Patent No. 7,135,641 (the '641 patent)**

8. Do you find that Superior Essex has proven, by clear and convincing evidence, that claim 13 of the '641 patent is invalid as being obvious in view of U.S. Patent No. 5,796,046 [JTX-291] in combination with U.S. Patent No 6,150,612 [JTX-292]?

*Checking "no" below indicates a finding for Belden.*

*Checking "yes" below indicates a finding for Superior Essex.*

**Claim 13:** No ✓   Yes _____

4

### U.S. Patent No. 5,242,491 (the '491 patent)

9. Do you find that Superior Essex has proven, by clear and convincing evidence, that any of the asserted claims of the '491 patent are invalid as being obvious in view of U.S. Patent No. 2,792,442 [JTX-297] in combination with U.S. Patent No. 5,010,210 [JTX-299]?

*Checking "no" below indicates a finding for Belden.*

*Checking "yes" below indicates a finding for Superior Essex.*

**Claim 1:** No _____   Yes __✓__

**Claim 2:** No _____   Yes __✓__

### The '503 Patent

10. Do you find that Superior Essex has proven, by clear and convincing evidence, that Claim 1 of the '503 patent is invalid as being obvious in view of Japanese Patent No. Sho56(1981)-7307 [JTX-276] in combination with knowledge of one skilled in the art at the time of the invention?

*Checking "no" below indicates a finding for Belden.*

*Checking "yes" below indicates a finding for Superior Essex.*

**Claim 1:** No _____   Yes __✓__