IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELDEN TECHNOLOGIES INC. and BELDEN CDT (CANADA) INC., )<br>)<br>Plaintiff, )<br>)<br>v. )  Civ. No. 08-63-SLR<br>)<br>SUPERIOR ESSEX COMMUNICATIONS LP and SUPERIOR ESSEX INC., )<br>)<br>Defendant. ) | |

### JUDGMENT IN A CIVIL CASE

For reasons stated in the jury verdict of September 15, 2010;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiffs Belden Technologies Inc. and Belden CDT (Canada) Inc. and against defendants Superior Essex Communications LP and Superior Essex, Inc. as to the '537 patent, claim 27 of the '095 patent, the '999 patent, and the '641 patent.

IT IS FURTHER ORDERED that judgment be and is hereby entered in favor of defendants Superior Essex Communications LP and Superior Essex Inc. and against plaintiffs Belden Technologies Inc. and Belden CDT (Canada) Inc. as to claim 31 of the '095 patent, the '503 patent, and the '491 patent.

_____
United States District Judge

Dated: 10/1/2010

_____
(By) Deputy Clerk